April 1, 1969

Commonwealth *v.* Rembisz, Appellant.

Submitted March 21, 1969.
*John J. Brier,* Assistant Public Defender, for appellant; *James E. O'Brien,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below dismissing appellant's petition under the Post Conviction Hearing Act is vacated and the case remanded for a hearing to determine whether appellant waived the assistance of counsel at the time pleas of guilty were entered.

WRIGHT, P. J., would affirm the order of the court below.